HARRIS GILBERT v. ROBERT E. GLADDEN.

September 16, 1980.

Certification to the Superior Court, Law Division is granted.

RAYMOND J. BODLEY, INC., v. BOROUGH COUNCIL OF THE
BOROUGH OF BOUND BROOK.

September 30, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE MUNDY.

September 30, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD MATHIS.

September 30, 1980.

Petition for certification denied.